E-FILED
Wednesday, 04 November, 2026 04:21:12 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Alvin Alexander,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 26-1246** |
| | ) | |
| **Matthew Fitton and Circuit Court of the Eleventh Judicial Circuit,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Alvin Alexander's action against Defendants Matthew Fitton and Circuit Court of the Eleventh Judicial Circuit is dismissed with prejudice. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 11/4/2026**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge